# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00399-CV

**Law Office of Larry Laden, P.C., Larry Laden, Individually,
and Clay Boulware, Individually, Appellants**

**v.**

**Alysa Baker, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,
### NO. C-1-CV-13-010495, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal, explaining that they have resolved their dispute. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed: April 16, 2015